# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER LEWIS,<br><br>    Plaintiff,<br><br>  v.<br><br>ABDUL-WAHAB, et al.,<br><br>    Defendants. | Case No. 2:17-cv-00969-CJC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion to Dismiss, **IT IS ADJUDGED** that the complaint and this action are hereby dismissed.

DATED: February 21, 2019

HON. CORMAC J. CARNEY
U.S. DISTRICT JUDGE